UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

ZERO HALLIBURTON, INC.,

                Defendant.

23-CV-2989 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 11, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Proof of service was filed on September 11, 2023. On October 31, 2023, the Court again ordered the parties to submit a joint letter by November 14, 2023. To date, no letter has been filed.

The parties shall submit their joint letter no later than December 1, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 17, 2023
              New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge