UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, *on behalf of himself and all others similarly situated*,

               Plaintiff,

v.

ZERO HALLIBURTON, INC.,

               Defendant.

23-CV-2989 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 11, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Proof of service was filed on September 11, 2023. On October 31, 2023, the Court again ordered the parties to submit a joint letter by November 14, 2023, but no letter was filed. On November 17, 2023, the Court again ordered the parties to submit a joint letter by December 1, 2023. To date, no letter has been filed.

The parties shall submit their joint letter no later than December 20, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 7, 2023
             New York, New York

                                                            _____
                                                              Hon. Ronnie Abrams
                                                              United States District Judge